(No. 6713

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed July 14, 1972.*

PASSAVANT MEMORIAL AREA HOSPITAL ASSOCIATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.